Honorable Judge:
Susan Van Keulen

FILED
JAN 31 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

(Case# 24-CV-08409-SVK)

(Court Order First Amended Complaint)

Good Morning Judge:

I understand that I Have to prove the Fact that CDCR Has violated My constitutional Rights And per "the 8th Amendment"

It's the Prison officials duties To provide All Inmates with The Adequate conditions of confinments Dental, Medical, Housing, Safety and most defantly food - - - - - -

But when Any inmate is Housed in CDCR Regardless of the Institution Should Be intitled to the Proper Dental care and Medical care So when I Have filed this "42 USC 1983" on the Grounds that "one" the Dental staff and Dentist J. Herzog, Has Known Since The Begining of "June. 2024" That Ive Had a Serrious Dental Need To Have Teeth Extracted from My Mouth - But" Due To the Medication Allergy To Lidocane"

1. They Have Trouble providing Me
2. with Adequate Dental care To
3. Get Teeth extracted, when I
4. was In Tehachapi State prison
5. ON CDCR# AV-1762 They Had To
6. send Me to the Hospital To
7. Get An Oral Surgery Due to
8. Medical Allergy and child Hood
9. Trama/Sezuire Disorder,
10.     So By these Dental Staff
11. failing to provide Me Adequate
12. Dental care while causing Me
13. ExsRushiating Pains when I
14. Try to chew food On the Grounds
15. Dental Has Neglected My
16. Medical Needs So IM Asking
17. for the Court To Assign Me
18. Legal Counsel To Represent
19. Me ON this Case Matter
20. please and Thank you Judge.
21.
22. Dentist J. Herzog & The Dental Assistance
23. Here at Pelican Bay State prison Have
24. failed to provide Me Adequate Dental
25. care In which is why Ive filed this
26. 42 USC 1983" for Failure To provide
27. Me Adequate Dental care Knowing
28. About My Medical/Medication Allergy
and He failed To Treat My Dental

1. care while Housed Here in Pelican
2. Bay State prison.
3.    Due To I Have A Medical Allergy
4. To Lidocane and a serrious Medical
5. Need for Teeth To Be Extracted
6. for the Decaying Teeth are causing
7. Me Escrushiating Dental pains
8. Hunt . V. Dental Dept.
9. 865 F2d. 198, 200-01 (9th circ. 1989)
10.
11.    What would Exast Remedy of
12. Cognizable Relief:
13.    For "CDCR" Pelican Bay failing
14. to provide Me Adequate Dental care
15. And Violating My 8th Amend - The
16. Plaintiff Named As the defandents:
17. (1) Warden - S. Smith
18. (2) CEO — K. Minor
19. (3) CSE — J. Dark
20. (4) Dentist — J. Herzog
21.
22.    And I Request The Honorable
23. Judge Susan Van. Keulen of
24. The United States District
25. Court of San Jose, CA
26. Appoint Me Legal counsel
27. on the Matter at Hand
28. And Inwhich I Seek From

Relief:

I Need to Have My Teeth Inwhich are Decayed and Roots Exsposed/cracked teeth inwhich are and Have Been causing Me Emotional And physical Torment By failure To fix the Affected Dental pains.

I Seek Monetary Relief from CDCR failiur to provide Adequate Dental care

Thank you.

Respectfully Submit

Joshua Fordyce #BM7760
-AKA-
Brittany Fordyce
— PBSP —

21) THe Dietion's NAMe:
Brian:

Ive Attached paperwork Which clearly shows that CDCR Knowingly Knew About My Injury and clearly Didn't take Inititive To Provide "Extraction" of Teeth which causes Me Pain and suffering SO IM

Requesting Legal-Aide to properly Represent Me per my civil Rights were Violated and these Prison Employee's knew about My Injury's which cause Me Escrushiating Pains.

① The Reason why Ive put The Name of the PBSP warden S. Smith is Because He's in Charge of Ensuring Every ones civil Rights are Not violated As He is The Head ~~Env~~ Enforcer, of the PBSP Instution.

② Cheif Executive Officer: Katy Minor
→ Due for the fact shes is The Cheif Medical Excutive Employee of Pelican Bay who Employee's All Medical and Dental Employees. - - - -
    So when dealing with the chain of command and when "Dental" fail to provide Adequate conditions of confinements By Malicous Negligence or Practice when I AM AN Inmate Who's Been

Housed Here in Pelican Bay State Prison for over 6 Months And Neglecting to provide Me with Adequate Dental care Is Violation of my 8th Amendment of the Constitution Because - PBSP Neglects To Provide Adequate Dental care To Me when Im Allergic To the Numbing Medication Lido'cane

(3) Dentist Joesph Herzog "PBSP" Has Neglected to work on My teeth which are causing Me Escrushiating Pains when chewing up food and causing Me Torment Escrushiating Pains Because They knew That The pain was Non-stop Trobbing causing Me Emothional Stress as well as physical Torment.

so,
I Request A cognigzable Relief:
for PBSP, To Send Me To The Hospital To under'go The Oral Surgery for My Teeth To Be Extracted while Under

1. A medically sedation "Sleep"
2. while they extract the decaying
3. teeth causing emotional and
4. physical torture which radiates
5. pain thru-out my entire mouth
6. And I seek for them
7. violating "my Constitutional Rights"
8. I seek Relief from Immunity
9. Monetary Relief.

Thank you.

Sincerly

Brittany fordyee
TRANSgender

Joshua fordyce #BM7760

RC Initial Medical History and Physical                    FORDYCE, JOSHUA AARON - BM7760

Activity as Tolerated
Admit to
Vital Signs
Wired Jaw

1) Mandibular Fracture
   Keep in CTC for special diet
   Start wired jaw diet
   Tylenol 650 mg TID prn pain

2) H/O Seizures
   Inmate refused to take Keppra which he came with.
   Agreed to take Dilantin susp 125 mg TID
   Dilantin level 4/22/24.
   CBC, CMP 4/22/24.
   Reception labs

3) Mild intermittent Asthma, stable
   Resume Xopenex

Advance directive discussed with I/P who opted for full resuscitation.

Current Occasional, Methamphetamines, IV drug use: Yes. Drug use interferes with work/home: Yes. Ready to change: Yes.

**Family History**
Bipolar disorder: Mother.
Criminality: Father.
Drug abuse: Mother and Father.
Psychosis: Father.
Suicidal behavior: Mother.

**Immunizations**

| Event Name | Event Result | Date/Time |
|---|---|---|
| hepatitis A adult vaccine | 0 unknown unit | 01/18/02 04:00:00 |
| measles/mumps/rubella virus vaccine | 0 unknown unit | 08/26/94 05:00:00 |
| measles/mumps/rubella virus vaccine | 0 unknown unit | 03/13/90 04:00:00 |
| varicella virus vaccine | 0 unknown unit | 06/29/99 05:00:00 |

**Encounter Info:** Patient Name: JOSHUA FORDYCE, DOB: 01/13/1989, CDCR: BM7760, FIN: 115646, Facility: WSP, Encounter Type: Inpatient Medical

**Completed Action List:**
* Perform by Montegrande, Faye P&S on April 19, 2024 15:56 PDT
* Sign by Montegrande, Faye P&S on April 19, 2024 15:56 PDT
* VERIFY by Montegrande, Faye P&S on April 19, 2024 15:56 PDT

Result type:        RC Initial Medical History and Physical
Result date:        April 19, 2024 15:18 PDT
Result status:      Auth (Verified)
Result title:       Admission H & P
Performed by:       Montegrande, Faye P&S on April 19, 2024 15:56 PDT
Verified by:        Montegrande, Faye P&S on April 19, 2024 15:56 PDT

Printed by: Ramirez, Rene RN
Printed on: 1/27/2025 14:44 PST                                                   Page 2 of 2

RC Initial Medical History and Physical                                   FORDYCE, JOSHUA AARON - BM7760

### History of Present Illness
35-year-old male inmate brought to CTC for wired jaw diet. He was involved in a fight while in County jail on 3/26/2024.
He just arrived in R&R today from County jail. He stated he was seen at Kern Medical Center shortly after the incident but no oral surgeon had seen him.
He was seen today at the dental clinic and was found to have mandibular fracture. According to dentist, Dr. Moussa his mandible was fractured in 4- 5 different areas.
He has history of seizures and he stated that his last seizure was about a month ago. He came in with Keppra 1000 mg twice a day prescribed to him at County Jail, but now he stated that he is refusing to take Keppra stating that he must take Keppra along with gabapentin for his seizures. Records show that he was on Dilantin up to 2016, ER 400 mg daily.
Inmate stated he had been refusing Keppra at County Jail. No record available from County jail at all to this effect.
History of hepatitis since 2016 C but never treated.
States he has asthma but cannot recall when his last attack was.
C/O mild jaw pain. He had been eating regular food at County Jail.

### Review of Systems
Constitutional: _no weight loss, no weakness, no malaise, no fever, no chills
HEENT/Neck: _no visual or hearing symptoms, no nasal congestion, no throat pain
Respiratory: _no cough, no wheezing, no chest pain, no pleuritic pain
Cardiovascular: _no chest pain, no shortness of breath, no palpitation
Gastrointestinal: _no heartburn, no nausea, no vomiting, no diarrhea, no constipation
Genitourinary: _no urinary burning, no frequency, no hematuria
Musculoskeletal: _no weakness, no paralysis
Neurological: _no weakness, no numbness

### Physical Exam
Vitals & Measurements
T: 36.4 °C (Infrared)  HR: 78 (Peripheral)  RR: 18  BP: 132/91
WT: 72.1 kg  WT: 72.1 kg (Dosing)
General: Well developed, Well nourished, Ambulatory with normal gait
HEENT: No scleral icterus, normal oral mucosa, no noticeable facial swelling, very minimal tenderness along
Neck: no jugular venous distention
HEART: _Regular rhythm. no murmurs, no clicks, no gallops
LUNGS: _clear bilaterally, no wheezing
ABDOMEN: _no distention
EXTREMITIES: _ no pedal edema
NEUROLOGICAL: _no motor or sensory deficit.

### Assessment/Plan
Orders:

### Problem List/Past Medical History
Ongoing
  Antisocial personality disorder
  Asthma
  Borderline personality disorder
  Difficulty chewing
  Generalized anxiety disorder
  Hepatitis C
  Unspecified opioid-related disorder
  Unspecified schizophrenia spectrum and other psychotic disorder
Historical
  No qualifying data

### Medications
Inpatient
  levETIRAcetam, 1000 mg= 1 tab, Oral, BIDAM+PM
  levETIRAcetam, 1000 mg= 1 tab, Oral, BIDAM+PM
  traMADol, 50 mg= 1 tab, Oral, BIDAM+PM, PRN
  Tylenol, 650 mg= 2 tab, Oral, TID, PRN
Home
  No active home medications

### Allergies
ARIPiprazole
Lidocaine Viscous
Wool (Rash)
codeine
lidocaine topical

### Social History
Alcohol
  Former, Beer, Liquor
Employment/School
  Previous employment/school: Inconsistent Employment. Highest education level: High school. Behavioal Problems in School Yes. Special Education Classes Learning/Reading Disability, Dyslexia. Work History Rarely.
Sexual
  History of sexual abuse: No. Orientation Bisexual.
Substance Abuse

---

Result type:     RC Initial Medical History and Physical
Result date:     April 19, 2024 15:18 PDT
Result status:   Auth (Verified)
Result title:    Admission H & P
Performed by:    Montegrande, Faye P&S on April 19, 2024 15:56 PDT
Verified by:     Montegrande, Faye P&S on April 19, 2024 15:56 PDT

Printed by: Ramirez, Rene RN
Printed on: 1/27/2025 14:44 PST                                                              Page 1 of 2

## ORDER SHEET

Order Entry D/T: 01/23/25 14:26 PST

Orders Entered By:  Michael Yeh, Telemed P&S
Ordering Dr:  Michael Yeh, Telemed P&S

**D   Diet Inpatient/Outpatient Other Diet**
    11/01/24 19:22:00 PDT, Dinner, Soft and Bite Sized, vegetarian, Constant Indicator
    Order comments: per dental 10/18/24
        Please issue a soft food diet order-with no expiration date- for pt. Fordyce.

        Pt Fordyce has multiple severely decayed teeth and a hx of mandibular fracture.

        He has a chief complaint of chewing difficulty. He will see the PBSP Oral Surgeon for ex
        tractions in approx 45 days.

**O   Diet Inpatient/Outpatient Other Diet**
    01/23/25 14:25:00 PST, Dinner, Pureed, vegetarian, Constant Indicator
    Order comments: per dietician 1/23/25 start puree diet. "Resume regular texture CDCR standard diet s/p ora
        l surgery"

        per dental 10/18/24
        Please issue a soft food diet order-with no expiration date- for pt. Fordyce.
        Pt Fordyce has multiple severely decayed teeth and a hx of mandibular fracture.
        He has a chief complaint of chewing difficulty. He will see the PBSP Oral Surgeon for ex
        (see patient chart for more information)

Pt. Name:  FORDYCE, JOSHUA AARON
D.O.B./Sex:  01/13/1989 M
Med Rec #:  BM7760
Physician:
Financial #:  1000000331163952 6BM7
Pt. Type:  I
Room/Bed:  115 /115001L
Admit/Disch:  05/29/2024 PDT
                – 00/00/00

Order Sheet

Page 1 of 1

Print ID:  Kubicek, Marian LVN
Print Date/Time:  01/24/25 11:08 PST

## ORDER SHEET

| | |
|---|---|
| Order Entry D/T: 01/23/25 14:25 PST | Orders Entered By: Michael Yeh, Telemed P&S <br> Ordering Dr: Michael Yeh, Telemed P&S |

O **LNS**
 01/23/25 14:25:00 PST, 3, 60, day, 03/24/25 15:24:00 PDT, Constant Indicator
 Order comments: per dietician consult 1/23/25

---

Pt. Name: FORDYCE, JOSHUA AARON
D.O.B./Sex: 01/13/1989 M
Med Rec #: BM7760
Physician:
Financial #: 10000003311639526BM7
Pt. Type: I
Room/Bed: 115 /115001L
Admit/Disch: 05/29/2024 PDT
 – 00/00/00

Order Sheet

Page 1 of 1

Print ID: Kubicek, Marian LVN
Print Date/Time: 01/24/25 11:07 PST

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION

## DENTIST'S WRITTEN RESPONSE

| NAME: (Last, First, MI) | CDC #: | HOUSING: | INSTITUTION ACRONYM: |
|---|---|---|---|
| FORDYCE, JOSHUA, A. | BM7760 | PBSP-D 001 1-115001L | PBSP |

The Dental Department received your 7362 for Dental Services.

Your request for a renewal of your LNS has been received. Your dental chart was reviewed. Per CDCR policy, your long-term nutritional needs are to be assessed by a Registered Dietician (RD). I will refer you for a consultation with the RD, who will determine if LNS or another type of modified texture diet will fulfill your dietary requirements.

Dr. Phang
_____
**Dentist's Name**

**DATE** 1/7/2025

Distribution: Original – Inmate.

STATE OF CALIFORNIA | DEPARTMENT OF CORRECTIONS AND REHABILITATION

# GRIEVANCE / REASONABLE ACCOMMODATION REQUEST
CDCR FORM 602-1 / 1824 (Rev. 08/2024) — Page 1 of 2

**NAME (Print)** (LAST NAME): FORDYCE  (FIRST NAME): J
**CDCR NUMBER:** BM7760
**INSTITUTION OR PAROLE REGION:** PBSP
**HOUSING AND BED NUMBER:** D9-115-D1

*** YOU CAN NOW FILE A GRIEVANCE OR REQUEST A REASONABLE ACCOMMODATION BY COMPLETING THIS FORM ***

If you are submitting a grievance, an allegation of staff misconduct, or an allegation of disability-based discrimination, please complete the section below and sign and date the form.

## GRIEVANCE (CDCR FORM 602-1)
Please describe your complaint. Include the names of all those who were involved; any attempts to informally resolve the issue; and any related log numbers for documents in your central file.

**Date of Event, if known:** 1-13-25
**Time of Event, if known:** 7:00 AM
**Location of Event, if known:** PBSP - Kitchen
**Describe your complaint:** Today Jan. 13. 2025 My LNS Drinks RAN out. They told Me I Have to Speak to Medical about My LNS-Diet. Which I Have Spoken to Medical And They've stated They Have Recieved My Renewal Request. I AM Still Having Escrushiating Pains in My Mouth When Chewing Hard foods And I Saw the

If you are requesting assistance or an accommodation so you can access or participate in a program, service, or activity, or want to report the removal or denial of an accommodation due to disability-based discrimination, please complete the section below and sign and date the form.

## REASONABLE ACCOMMODATION REQUEST (CDCR FORM 1824)
Please answer the following questions:

**1. What can't you do / What is the problem?**
The problem is "my LNS Diet" expired And I Am Still Having All of the same issues In Regards to Chewing Food etc.

**2. Why can't you do it?**
Because of Having several Decaying Teeth And Childhood Trama from Dental "PTSD"

**3. What do you need?**
My LNS Diet To Be Re-issued Please

**Your Signature:** Fordyce
**Date Signed:** 1/13/2025

STAFF USE ONLY
PELICAN BAY STATE PRISON
**Date Received:** JAN 1 4 2025
GRIEVANCE OFFICE
**Log Number:** 681842

STATE OF CALIFORNIA
**GRIEVANCE / REASONABLE ACCOMMODATION REQUEST**
CDCR FORM 602-1 / 1824 (Rev. 08/2024)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

Use this side of the form as a continuation page for a grievance, a reasonable accommodation request, or both

RD" Register Dietion - MR. Brian, who Knows About My Issue In Regards, To Having A Serrious Dental Issue And childhood Trama caused "PTSD" When Dealing with The Dentist, please Refill "My LNS Diet"

Thank You.

Jordyce Brittany

#BM 7760

D1-115 - PBSP


The RD - MR. Brian Said if Theyre was Any issue To contact Him OR - Ms. ~~Gepart~~ GEP Hert

```
+ Add  [icons]  | Sign
List    Dental Note  X
```

▲ Hide Note Details

*Type:   Dental Oral/Surgery Progress Note       *Author: Herzog, Joe Dentist
*Date:   05/30/2024          0000   PDT          Status:  Auth (Verified)
Subject: Dental Note

Associated Providers: Contributor_system, DENTRIX - Sign    [Modify]

*Editor:

**Dental Note**
----- Thursday, May 30, 2024 at 1:59:46 PM -----
----- Provider: DRJHERZOG - Joseph Herzog, DDS -- Clinic: PBSP_B -----

Received 7362 signed on 5/30/2024. PRC O.

CC: "LNS due to fractured jaw." writes the pt.

Reviewed the pt's med hx, dental tx hx and xays.

Chart review shows the pt had a mandibular fx on 3/26/2024 and refused to go to the oral surgeon

for tx.

Deemed PRC O.

NV: F/F Triage.

DRJHERZOG selected Skip DPC button for DPC update


----- Signed on Thursday, May 30, 2024 at 2:01:56 PM -----
----- Provider: DRJHERZOG - Joseph Herzog, DDS -- Clinic: PBSP_B -----

*Insert Addendum Here: